No. 815. BRUNSWICK CORP. *v.* CLEMENTS, TRUSTEE IN BANKRUPTCY. C. A. 6th Cir. Motion to dispense with printing respondent's brief granted. Certiorari denied.

No. 838. MONTANA POWER CO. *v.* FEDERAL POWER COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE HARLAN is of the opinion that certiorari should be granted. THE CHIEF JUSTICE took no part in the consideration or decision of this petition. Reported below: —— U. S. App. D. C. ——, —— F. 2d ——.